O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY P THEUS,<br><br>    Petitioner,<br><br>    v.<br><br>BRYAN PHILLIPS, Warden,<br><br>    Respondent. | Case No. 2:23-cv-01102-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation ("R&R") of the U.S. Magistrate Judge (Dkt. 9). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 15) have been made. The Court accepts the report, findings, and recommendations of the Magistrate Judge, with one correction: where the R&R says "no successive" (Dkt. 9 at 8), it should say "not successive."

1    IT IS THEREFORE ORDERED that Judgment be entered denying the
2 Petition without prejudice as successive.

4 DATED: August 18, 2023        _____
                                DAVID O. CARTER
                                UNITED STATES DISTRICT JUDGE

2