JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOVANNY P THEUS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>BRYAN PHILLIPS,<br><br>　　　　Respondent. | Case No. 2:23-cv-01102-DOC-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied without prejudice.

DATED: August 18, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE